United States District Court
For the District of Maryland

AW 12 CV 2889

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 SEP 27  P 3: 11
CLERK'S OFFICE

Starsha Sewell,
Plaintiff

v.

Shannon Menapace
Defendant

Removal from the Prince Georges
County Circuit Court
Case No: CAE09-38954
(Hon. Judge Thomas P. Smith)

Civil Action:

## Defendant's Notice of Removal

Comes Now Starsha Sewell, ProSe pursuant to 28 USCA 1446 removes the above action from State Court to this Court based on the following grounds:

1). Gerald Miles Jr. erred upon reporting a foreclosure sale of my home that did not occur. Judge Smith in terms erred upon ratifying the alleged foreclosure sale of my home.

2). Sewell filed a motion to vacate the foreclosure sale with a request for a modification of loan and forbearance agreement with the Lender. Judge Smith denied Sewell's motion for failure to state a legal basis.

3). The legal basis for Sewell's motion to vacate judgment is and remains that the foreclosure sale did not occur because there was not a buyer and a legal sale transaction did not occur. Therefore, Sewell was eligible for mediation. However, Sewell's lender denied her rights to loss mitigation (Exhibit 2)

Sewell was deprived of her rights to make and use mitigation because she is an African American female; in violation of 42 USC 1981 and 42 USC 1983.

4). Shannon Menapace served as a substituted trustee on the fraudulent foreclosure, which was filed in the Circuit Court of PG County on December 9, 2009. She remained a substituted trustee until the case was completed on January 7, 2011. (see Exhibits 1 and 2)

5). After Menapace had completly defrauded the Prince Georges County Circuit Court with the fraudulent records for the foreclosure. She had the audacity to ~~[redacted]~~ Sale Sewell's home in her role of substitute trustee on May 18, 2011 to the Community Development Administration of The Department of Housing and Community Development. (see Exhibit 3)

6). Menapace listed Sewell as the seller of her home. (see Exhibit 4)

7). Menapace's fraudulent sale of Sewell's home has mimiced the act of identity theft and therefore, has effected Sewell's credibility adversely with the ~~[redacted]~~ PG County Circuit Courts. Sewell has lost legal custody of her children (JB and SS) and their abusers were cleared of thier charges by States Attorney's office of the PG County Circuit Court, despite the fact that the PG Police Department filed the Capias.

The States Attorney's declined prosecution just as was done in the George Zimmerman case.

The States Attorney's office Abused their descretion simply as an act of retaliation because my minor children are African American males.

Menapace's fraud has adversely impacted my credibility with law enforcement officials at every level, and The Judicial system at every level. Her fraud has impacted my personal life and have extensively traumatized my children beyond the ~~criminal case~~ criminal case.

Her fraud has victimized the Community Development Administration, and she has victimized my children, myself, the purchaser of my home, and I want justice. I need to be made whole; and my children deserve justice.

Wherefore, I pray that this honorable court will

1. Grant Sewell sole legal and Physical custody of her minor children, and reinstate child support.
2. Order CDA to award Sewell the home of her choice at the value of the loan she financed her mortgage for.
3. Order victims crime to compensate my children, and me

for my lost wages that I had to endure to defend my childrens case Pro.Se.

4). Order CDA to pay balances owed at my apartment complexes. There is an aproximate balance of $2,000.00 dollars at one and $5,000.00 at the other.

5). Order CDA to clear the title for the current home owner at my property so that she will not endure damages in the future as a result of Menapace's fraud.

This civil action raises federal questions pursuant to 28 USC 1331 of which the District Court is given original jurisdiction. 28 USC 1331 gives federal courts jurisdiction only to cases which "arise under" federal law. This requirement has been found to be narrower than the requirements of the constitution.

The Supreme Court has found that a "suit arises under the law that creates the cause of action." American well Works v. Layne, 241 US 257 (1916) and therefore, only suits likely to provoke a federal law defense, create federal question jurisdiction, Louisville + Nashville R. Co. v. Mottley, 211 U.S. 149 (1908)

The Supreme Court has also held that all cases that contain civil and federal ingredients shall be heard in Federal Courts quoting (1908)

## Certificate of Service

A copy of the foregoing was served on the following electronically and ~~also~~ shall be served via U.S. Marshalls because Sewell is proceeding in this matter Pro Se by lack of funds.

Shannon Menapace
11350 McCormick Rd.
Hunt Valley, MD 20783

Respectfully Submitted,

Starsha Sewell
P.O. Box 7073
Capitol Heights, MD 20791